| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASUMA AHSAN,<br><br>              Plaintiff,<br><br>   vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY ,<br><br>              Defendant. | Case No. 3:21-CV-07389-WHO<br><br>(Honorable William H. Orrick)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)]** |

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties.  Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: May 11, 2022



Hon. William H. Orrick
United States District Judge

1